IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FERNANDO NUNEZ, | : | |
| Plaintiff | : | |
| | : | CIVIL NO. 3:CV-14-0727 |
| v. | : | |
| | : | (Judge Caputo) |
| CO WERTZ, *et al.*, | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this **9th** day of **AUGUST**, **2017** it is **ORDERED** that Mr. Nuñez's motion for appointment of counsel (ECF No. 73) is **DENIED** without prejudice.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**